IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**CHARLES JONES (# 36930)**                                         **PETITIONER**

**v.**                    **No. 3:08CV87-A-A**

**CHRISTOPHER EPPS, ET AL.**                                   **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, that the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED,** this the 19th day of June, 2009.

                                                   /s/ Sharion Aycock
                                                   **U. S. DISTRICT JUDGE**